IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| IN RE:  ROSA M BARRERA<br>2500 N MCCOLL RD #1<br>MCALLEN, TX  78501<br><br>DEBTOR | CHAPTER 13<br>CASE NO. 24-70057-M-13 |

**NOTICE OF HEARING REGARDING (1) CONFIRMATION OF PROPOSED CHAPTER 13 PLAN, (2) VALUATION OF COLLATERAL, (3) DISMISSAL OF CHAPTER 13 BANKRUPTCY CASE,  (4) CONVERSION OF CHAPTER 13 CASE, AND (5) ENTRY OF OTHER ORDERS CONCERNING ADMINISTRATION OF CASE**

The United States Bankruptcy Court will conduct a hearing on whether (1) to confirm the debtor(s) proposed bankruptcy plan, (2) dismiss this case, (3) convert this case under chapter 7, and/or (4) to enter other orders concerning the administration of this case.

There will be a hearing on **May 16, 2024  at  9:30 am** at:

US Federal Courthouse
1701 W. Business Highway 83
Bentsen Tower, 10th Floor Courtroom
McAllen, TX  78501

You may attend in-person or virtually.  To attend virtually, you must connect by separate audio and video connections.  The audio connection is 832-917-1510.  The code is 999276.  The video connection is at gotomeet.me/JudgeRodriguez.  Click on the "Join the meeting" button, then click on the "Open Link" button. If it requests a passcode, type JudgeRodriguez.

Attached to this notice is a copy of the statistical cover sheet submitted by the debtor(s) with their proposed plan. This cover sheet serves as a summary of the plan.  A complete copy of the proposed plan is available from Clerk of the Court or the Debtor(s) Attorney.  The Court may consider the current plan or a modified plan at the confirmation hearing.

If you object to confirmation of the plan, you must file your objection at least seven days before the confirmation hearing and serve a copy of the objection on the debtor, the debtor(s) counsel, the Chapter 13 Trustee, and parties requesting notice.

If the plan is not confirmed, the Court may consider whether to dismiss this chapter 13 case due to unreasonable delay that is prejudicial to creditors.  The Court may also consider whether the case should be converted to a case under chapter 7 of the Bankruptcy Code.

The Court may also consider whether to enter other orders that are appropriate for administration of this case.

Dated: 03/22/2024

/s/ Yvonne V. Valdez

#576

YVONNE V. VALDEZ, TRUSTEE
555 N. CARANCAHUA, SUITE 600
CORPUS CHRISTI, TX  78401-0823
(361)883-5786

The Debtor(s)' **"Plan Summary and Statistical Cover Sheet to Proposed Plan"** is not attached because it was not on file with the Bankruptcy Court. Please contact the **Debtor(s)' Attorney** for more information.