United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 25, 2024
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: | Rosa M. Barrera<br>Debtor | Case No.: 24–70057<br>Chapter: 13 |

## ORDER APPROVING FIXED FEE AGREEMENT

Counsel has requested approval of a fixed fee agreement (docket #16 – 15). The agreement is approved. To the extent that there are any variations between the official form of fixed fee agreement posted on the Court's web site and the form submitted by counsel, the Court approves the agreement pursuant to the terms of the official form and declines to approve any variations contained in the order submitted by counsel. Any variation between the official form and the application actually submitted is struck.

When this fixed fee agreement was filed, counsel was required to complete a docket entry setting forth the terms of the fixed fee agreement. The terms set forth in the docket entry, subject to the maximum limits set forth in the official form, are the amounts that are approved by this Order. The chapter 13 trustee may conclusively rely on the docket entry (subject to the maximum limitations set forth in the official form), without the need for further review of the filed agreement.

Signed and Entered on Docket: 3/25/24

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge