| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Rosa M. Barrera<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–0253<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | Southern District of Texas | Date case filed for chapter: 13    3/4/24 |
| Case number: | 24–70057 | |

Official Form 309I
## Notice of Chapter 13 Bankruptcy Case   10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Rosa M. Barrera | |
| 2. | **All other names used in the last 8 years** | aka Rosa Maria Barrera, dba Rossy Floreria | |
| 3. | **Address** | 2500 N McColl Rd #1<br>Mcallen, TX 78501 | |
| 4. | **Debtor's attorney**<br>Name and address | Nikie Marie Lopez–Pagan<br>Baker & Associates<br>950 Echo Lane<br>Ste. 300<br>Houston, TX 77024 | Contact phone 713–979–2254<br>Email:<br>Nikie.Lopez–Pagan@bakerassociates.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Yvonne V Valdez<br>Chapter 13 Trustee<br>555 N Carancahua Suite 600<br>Corpus Christi, TX 78401 | Contact phone 361–883–5786<br>Email: ecfmail@ch13cctx.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>1133 North Shoreline Blvd #208<br>Corpus Christi, TX 78401 | Hours open:<br>8:00 am – 5:00 pm Monday through Friday<br>Contact phone (956) 618–8065<br>Date: 3/23/24 |

**For more information, see page 2**

| 7. Meeting of creditors<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | April 23, 2024 at 1:15 PM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Telephone Conference, Call 866–709–6831, passcode 6921420** |
|---|---|---|
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/22/24** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/13/24** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/31/24** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 24-70057-evr |
| Rosa M. Barrera | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-7 | User: ADIuser | Page 1 of 3 |
| Date Rcvd: Mar 25, 2024 | Form ID: 309I | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rosa M. Barrera, 2500 N McColl Rd #1, Mcallen, TX 78501-0029 |
| aty | + | Reese W Baker, Baker & Associates, 950 Echo Lane, Suite 300, Houston, TX 77024-2824 |
| 12649386 | + | 2500 N McColl Apartments, Attention: Manager, 2500 N McColl Rd, Mcallen, TX 78501-0027 |
| 12649388 | + | Arabel Leal, 105 Palmview Dr. C, Mission, TX 78572-8784 |
| 12649389 | | Automart, 1521 I-2 W, Mission, TX 78572 |
| 12649390 | + | Baker & Associates, 950 Echo Lane 300, Houston, TX 77024-2824 |
| 12649391 | + | Brenda Flores, 3211 Ozuna st, Penitas, TX 78576-8458 |
| 12649392 | + | Cielo Islas, 235 Western View Dr., Mission, TX 78572-7951 |
| 12649394 | + | Dagne & Melissa Cantu, 2790 Pharmacy Road, Rio Grande City, TX 78582-6546 |
| 12649395 | + | Dana Castelvecchi, 2901 Dallas Parkway 250, Plano, TX 75093-5980 |
| 12649403 | + | Israel & Amy Martinez, 6924 Japonica St, Houston, TX 77087-1636 |
| 12649402 | + | Israel & Amy Martinez, 739 Huisach St., La Joya, TX 78560-4104 |
| 12649405 | + | Joana Zarate, 3214 Coconino Dr., San Antonio, TX 78211-4523 |
| 12649406 | + | Joel Leal, 105 Palmview Dr. C, Mission, TX 78572-8784 |
| 12649407 | + | Karina Gonzalez, 2009 West Mile 3 Rd. 500, Mission, TX 78573-4296 |
| 12649408 | + | La Joya ISD, 201 E. Expressway 83, La Joya, TX 78560-4001 |
| 12649409 | | Laurencio Barrera, 1709 Azalea St, Mission, TX 78573-9299 |
| 12649410 | + | Lewis Pena Falcon & Cook, c/o Sandra G. Falcon, Attorney, 3111 W. Freddy Gonzalez Drive, Edinburg, TX 78539-8897 |
| 12649412 | | Mirna Flores, 5001 E. Jasmine, Mcallen, TX 78501 |
| 12649413 | + | Nayra Solis, PO Box 714, Sullivan City, TX 78595-0714 |
| 12649418 | + | Texas Regional Bank, as custodian for Jon Gillespi, 2614 W Freddy Gonzalez Drive,, Edinburg, TX 78539-7351 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: Austin.Bankruptcy@lgbs.com | Mar 25 2024 20:19:00 | Diane Wade Sanders, Linebarger Goggan et al, PO Box 17428, Austin, TX 78760-7428 |
| aty | + | Email/Text: edinburgbankruptcy@pbfcm.com | Mar 25 2024 20:19:00 | Hiram A Gutierrez, Perdue Brandon et al, 2805 Fountain Plaza Blvd, Suite B, Edinburg, TX 78539-8031 |
| aty | | Email/Text: Nikie.Lopez-Pagan@bakerassociates.net | Mar 25 2024 20:18:00 | Nikie Marie Lopez-Pagan, Baker & Associates, 950 Echo Lane, Ste. 300, Houston, TX 77024 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Mar 25 2024 20:19:00 | US Trustee, 615 E. Houston Street, Suite 533, San Antonio, TX 78205-2055 |
| cr | + | Email/Text: edinburgbankruptcy@pbfcm.com | Mar 25 2024 20:19:00 | City of Penitas, c/o Hiram Gutierrez, 2805 Fountain Plaza Blvd., Suite B, Edinburg, Tx 78539-8031 |
| 12649387 | ^ | MEBN | Mar 25 2024 20:16:48 | Aldous and Associates, PLLC, Attn: Bankruptcy, PO Box 171374, Holladay, UT 84117-1374 |
| 12654228 | + | Email/Text: edinburgbankruptcy@pbfcm.com | | |

| District/off: 0541-7 | User: ADIuser | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 25, 2024 | Form ID: 309I | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| | | | Mar 25 2024 20:19:00 | City of Penitas, c/o Hiram Gutierrez, Perdue, Brandon, Fielder, Collins & Mott, 2805 Fountain Plaza Blvd., Ste. B, Edinburg Tx. 78539-8031 |
| 12649393 | + | Email/Text: bankruptcy@curo.com | Mar 25 2024 20:19:00 | Cvgtn Tx0026, Po Box 1947, Greenville, SC 29602-1947 |
| 12649396 | ^ | MEBN | Mar 25 2024 20:17:51 | DSRM Nat Bank/Valero, Attn: Bankruptcy, PO Box 696000, San Antonio, TX 78269-6000 |
| 12654976 | + | Email/Text: Loan.Recovery@frostbank.com | Mar 25 2024 20:18:00 | FROST BANK, ATTN: BANKRUPTCY DEPT. T-7, PO BOX 1600, SAN ANTONIO TX 78296-1600 |
| 12649397 | + | EDI: TCISOLUTIONS.COM | Mar 26 2024 00:14:00 | Firstacces, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 12649398 | | EDI: AMINFOFP.COM | Mar 26 2024 00:14:00 | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 12652929 | + | Email/Text: Austin.Bankruptcy@lgbs.com | Mar 25 2024 20:19:00 | Hidalgo County, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 |
| 12649399 | | Email/Text: Austin.Bankruptcy@lgbs.com | Mar 25 2024 20:19:00 | Hidalgo County Tax Office, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, PO Box 17428, Austin, TX 78760-7428 |
| 12653445 | | EDI: IRS.COM | Mar 26 2024 00:14:00 | INTERNAL REVENUE SERVICE, P O Box 7346, Philadelphia PA 19101-7346 |
| 12649404 | | EDI: JEFFERSONCAP.COM | Mar 26 2024 00:14:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 12654060 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2024 20:27:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 12649411 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2024 20:27:41 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 12649414 | | Email/Text: compliance@sarma.com | Mar 25 2024 20:18:00 | Sarma Coll, Attn: Bankruptcy, 555 E Ramsey Rd, San Antonio, TX 78216 |
| 12649416 | | Email/Text: bankruptcy@springoakscapital.com | Mar 25 2024 20:18:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327-1216 |
| 12649417 | + | Email/Text: bankruptcy@sw-credit.com | Mar 25 2024 20:19:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 12649415 | + | Email/Text: dl-csgbankruptcy@charter.com | Mar 25 2024 20:19:00 | Spectrum, PO Box 60074, City of Industry, CA 91716-0074 |
| 12649419 | + | Email/Text: bankruptcyfilings@tib.bank | Mar 25 2024 20:19:00 | Tib Okla, Po Box 569100, Dallas, TX 75356-9100 |
| 12649420 | | Email/Text: bankruptcies@uplift.com | Mar 25 2024 20:18:00 | Uplift, Inc., 801 El Camino Real, Menlo Park, CA 94025 |
| 12649421 | | EDI: CAPITALONE.COM | Mar 26 2024 00:14:00 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 12649422 | + | Email/Text: bk@worldacceptance.com | Mar 25 2024 20:19:43 | World Finance Corp, 114 Farquhar Suite 104, Navasota, TX 77868-3687 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Hidalgo County |
| 12649401 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA |

District/off: 0541-7                              User: ADIuser                              Page 3 of 3
Date Rcvd: Mar 25, 2024                           Form ID: 309I                              Total Noticed: 47

| | | |
|---|---|---|
| 12649400 | *P++ | 19101-7346, address filed with court:, Internal Revenue Service, 300 E 8th Stop 5026 AUS, Austin, TX 78701<br>INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O.Box 21126, Philadelphia, PA 19114-1294 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2024                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Diane Wade Sanders | on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com |
| Hiram A Gutierrez | on behalf of Creditor City of Penitas edinburgbankruptcy@pbfcm.com hidalgolegal@ecf.courtdrive.com |
| Nikie Marie Lopez-Pagan | on behalf of Debtor Rosa M. Barrera Nikie.Lopez-Pagan@bakerassociates.net courtdocs@bakerassociates.net;i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;bakerassociates@jubileebk.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net |
| Reese W Baker | on behalf of Debtor Rosa M. Barrera courtdocs@bakerassociates.net i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net |
| US Trustee | USTPRegion07.SN.ECF@usdoj.gov |
| Yvonne V Valdez | ecfmail@ch13cctx.com |

TOTAL: 6