**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

March 25, 2024

Nathan Ochsner, Clerk

In      Rosa M. Barrera
Re:     Debtor                                    Case No.: 24–70057

                                                  Chapter:  13

---

### ORDER APPROVING FIXED FEE AGREEMENT

Counsel has requested approval of a fixed fee agreement (docket #16 – 15). The agreement is approved. To the extent that there are any variations between the official form of fixed fee agreement posted on the Court's web site and the form submitted by counsel, the Court approves the agreement pursuant to the terms of the official form and declines to approve any variations contained in the order submitted by counsel. Any variation between the official form and the application actually submitted is struck.

When this fixed fee agreement was filed, counsel was required to complete a docket entry setting forth the terms of the fixed fee agreement. The terms set forth in the docket entry, subject to the maximum limits set forth in the official form, are the amounts that are approved by this Order. The chapter 13 trustee may conclusively rely on the docket entry (subject to the maximum limitations set forth in the official form), without the need for further review of the filed agreement.

Signed and Entered on Docket: 3/25/24

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:                                                                          Case No. 24-70057-evr

Rosa M. Barrera                                                                 Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

| District/off: 0541-7 | User: ADIuser | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 25, 2024 | Form ID: fxfee | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rosa M. Barrera, 2500 N McColl Rd #1, Mcallen, TX 78501-0029 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2024                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Diane Wade Sanders | |
| | on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com |
| Hiram A Gutierrez | |
| | on behalf of Creditor City of Penitas edinburgbankruptcy@pbfcm.com  hidalgolegal@ecf.courtdrive.com |
| Nikie Marie Lopez-Pagan | |
| | on behalf of Debtor Rosa M. Barrera Nikie.Lopez-Pagan@bakerassociates.net courtdocs@bakerassociates.net;i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;bakerassociates@jubileebk.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net |
| Reese W Baker | |
| | on behalf of Debtor Rosa M. Barrera courtdocs@bakerassociates.net i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net |
| US Trustee | |

District/off: 0541-7

User: ADIuser

Page 2 of 2

Date Rcvd: Mar 25, 2024

Form ID: fxfee

Total Noticed: 1

USTPRegion07.SN.ECF@usdoj.gov

Yvonne V Valdez

ecfmail@ch13cctx.com

TOTAL: 6