**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| IN RE:  ROSA M BARRERA<br>2500 N MCCOLL RD #1<br>MCALLEN, TX  78501<br><br>DEBTOR | CHAPTER 13<br>CASE NO. 24-70057-M-13 |

**NOTICE OF HEARING REGARDING (1) CONFIRMATION OF PROPOSED CHAPTER 13 PLAN, (2) VALUATION OF COLLATERAL, (3) DISMISSAL OF CHAPTER 13 BANKRUPTCY CASE, (4) CONVERSION OF CHAPTER 13 CASE, AND (5) ENTRY OF OTHER ORDERS CONCERNING ADMINISTRATION OF CASE**

The United States Bankruptcy Court will conduct a hearing on whether (1) to confirm the debtor(s) proposed bankruptcy plan, (2) dismiss this case, (3) convert this case under chapter 7, and/or (4) to enter other orders concerning the administration of this case.

There will be a hearing on **May 16, 2024  at  9:30 am** at:

> US Federal Courthouse
> 1701 W. Business Highway 83
> Bentsen Tower, 10th Floor Courtroom
> McAllen, TX  78501

You may attend in-person or virtually.  To attend virtually, you must connect by separate audio and video connections.  The audio connection is 832-917-1510.  The code is 999276.  The video connection is at gotomeet.me/JudgeRodriguez.  Click on the "Join the meeting" button, then click on the "Open Link" button. If it requests a passcode, type JudgeRodriguez.

Attached to this notice is a copy of the statistical cover sheet submitted by the debtor(s) with their proposed plan. This cover sheet serves as a summary of the plan.  A complete copy of the proposed plan is available from Clerk of the Court or the Debtor(s) Attorney.  The Court may consider the current plan or a modified plan at the confirmation hearing.

If you object to confirmation of the plan, you must file your objection at least seven days before the confirmation hearing and serve a copy of the objection on the debtor, the debtor(s) counsel, the Chapter 13 Trustee, and parties requesting notice.

If the plan is not confirmed, the Court may consider whether to dismiss this chapter 13 case due to unreasonable delay that is prejudicial to creditors.  The Court may also consider whether the case should be converted to a case under chapter 7 of the Bankruptcy Code.

The Court may also consider whether to enter other orders that are appropriate for administration of this case.

Dated: 03/22/2024

/s/ Yvonne V. Valdez

#576

YVONNE V. VALDEZ, TRUSTEE
555 N. CARANCAHUA, SUITE 600
CORPUS CHRISTI, TX  78401-0823
(361)883-5786

The Debtor(s)' **"Plan Summary and Statistical Cover Sheet to Proposed Plan"** is not attached because it was not on file with the Bankruptcy Court. Please contact the **Debtor(s)' Attorney** for more information.

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 24-70057-evr |
| Rosa M. Barrera | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-7 | User: ADIuser | Page 1 of 3 |
| Date Rcvd: Mar 25, 2024 | Form ID: pdf012 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rosa M. Barrera, 2500 N McColl Rd #1, Mcallen, TX 78501-0029 |
| 12649386 | + | 2500 N McColl Apartments, Attention: Manager, 2500 N McColl Rd, Mcallen, TX 78501-0027 |
| 12649388 | + | Arabel Leal, 105 Palmview Dr. C, Mission, TX 78572-8784 |
| 12649389 | | Automart, 1521 I-2 W, Mission, TX 78572 |
| 12649390 | + | Baker & Associates, 950 Echo Lane 300, Houston, TX 77024-2824 |
| 12649391 | + | Brenda Flores, 3211 Ozuna st, Penitas, TX 78576-8458 |
| 12649392 | + | Cielo Islas, 235 Western View Dr., Mission, TX 78572-7951 |
| 12649394 | + | Dagne & Melissa Cantu, 2790 Pharmacy Road, Rio Grande City, TX 78582-6546 |
| 12649395 | + | Dana Castelvecchi, 2901 Dallas Parkway 250, Plano, TX 75093-5980 |
| 12649403 | + | Israel & Amy Martinez, 6924 Japonica St, Houston, TX 77087-1636 |
| 12649402 | + | Israel & Amy Martinez, 739 Huisach St., La Joya, TX 78560-4104 |
| 12649405 | + | Joana Zarate, 3214 Coconino Dr., San Antonio, TX 78211-4523 |
| 12649406 | + | Joel Leal, 105 Palmview Dr. C, Mission, TX 78572-8784 |
| 12649407 | + | Karina Gonzalez, 2009 West Mile 3 Rd. 500, Mission, TX 78573-4296 |
| 12649408 | + | La Joya ISD, 201 E. Expressway 83, La Joya, TX 78560-4001 |
| 12649409 | | Laurencio Barrera, 1709 Azalea St, Mission, TX 78573-9299 |
| 12649410 | + | Lewis Pena Falcon & Cook, c/o Sandra G. Falcon, Attorney, 3111 W. Freddy Gonzalez Drive, Edinburg, TX 78539-8897 |
| 12649412 | | Mirna Flores, 5001 E. Jasmine, Mcallen, TX 78501 |
| 12649413 | + | Nayra Solis, PO Box 714, Sullivan City, TX 78595-0714 |
| 12649418 | + | Texas Regional Bank, as custodian for Jon Gillespi, 2614 W Freddy Gonzalez Drive,, Edinburg, TX 78539-7351 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: edinburgbankruptcy@pbfcm.com | Mar 25 2024 20:19:00 | City of Penitas, c/o Hiram Gutierrez, 2805 Fountain Plaza Blvd., Suite B, Edinburg, Tx 78539-8031 |
| 12649387 | ^ | MEBN | Mar 25 2024 20:16:49 | Aldous and Associates, PLLC, Attn: Bankruptcy, PO Box 171374, Holladay, UT 84117-1374 |
| 12654228 | + | Email/Text: edinburgbankruptcy@pbfcm.com | Mar 25 2024 20:19:00 | City of Penitas, c/o Hiram Gutierrez, Perdue, Brandon, Fielder, Collins & Mott, 2805 Fountain Plaza Blvd., Ste. B, Edinburg Tx. 78539-8031 |
| 12649393 | + | Email/Text: bankruptcy@curo.com | Mar 25 2024 20:19:00 | Cvgtn Tx0026, Po Box 1947, Greenville, SC 29602-1947 |
| 12649396 | ^ | MEBN | Mar 25 2024 20:17:52 | DSRM Nat Bank/Valero, Attn: Bankruptcy, PO Box 696000, San Antonio, TX 78269-6000 |
| 12654976 | + | Email/Text: Loan.Recovery@frostbank.com | Mar 25 2024 20:18:00 | FROST BANK, ATTN: BANKRUPTCY DEPT. T-7, PO BOX 1600, SAN ANTONIO TX 78296-1600 |
| 12649397 | + | Email/Text: famc-bk@1stassociates.com | Mar 25 2024 20:19:00 | Firstacces, Po Box 85710, Sioux Falls, SD |

| District/off: 0541-7 | User: ADIuser | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 25, 2024 | Form ID: pdf012 | Total Noticed: 42 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 57118-5710 |
| 12649398 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 25 2024 20:27:49 | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 12652929 | + | Email/Text: Austin.Bankruptcy@lgbs.com | Mar 25 2024 20:19:00 | Hidalgo County, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 |
| 12649399 | | Email/Text: Austin.Bankruptcy@lgbs.com | Mar 25 2024 20:19:00 | Hidalgo County Tax Office, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, PO Box 17428, Austin, TX 78760-7428 |
| 12653445 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 25 2024 20:19:00 | INTERNAL REVENUE SERVICE, P O Box 7346, Philadelphia PA 19101-7346 |
| 12649404 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 25 2024 20:19:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 12654060 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2024 20:27:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 12649411 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2024 20:27:46 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 12649414 | | Email/Text: compliance@sarma.com | Mar 25 2024 20:18:00 | Sarma Coll, Attn: Bankruptcy, 555 E Ramsey Rd, San Antonio, TX 78216 |
| 12649416 | | Email/Text: bankruptcy@springoakscapital.com | Mar 25 2024 20:18:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327-1216 |
| 12649417 | + | Email/Text: bankruptcy@sw-credit.com | Mar 25 2024 20:19:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 12649415 | + | Email/Text: dl-csgbankruptcy@charter.com | Mar 25 2024 20:19:00 | Spectrum, PO Box 60074, City of Industry, CA 91716-0074 |
| 12649419 | + | Email/Text: bankruptcyfilings@tib.bank | Mar 25 2024 20:19:00 | Tib Okla, Po Box 569100, Dallas, TX 75356-9100 |
| 12649420 | | Email/Text: bankruptcies@uplift.com | Mar 25 2024 20:18:00 | Uplift, Inc., 801 El Camino Real, Menlo Park, CA 94025 |
| 12649421 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2024 20:27:49 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 12649422 | + | Email/Text: bk@worldacceptance.com | Mar 25 2024 20:19:36 | World Finance Corp, 114 Farquhar Suite 104, Navasota, TX 77868-3687 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Hidalgo County |
| 12649401 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 300 E 8th Stop 5026 AUS, Austin, TX 78701 |
| 12649400 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O.Box 21126, Philadelphia, PA 19114-1294 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0541-7 | User: ADIuser | Page 3 of 3
Date Rcvd: Mar 25, 2024 | Form ID: pdf012 | Total Noticed: 42

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2024         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2024 at the address(es) listed below:**

**Name** | **Email Address**

Diane Wade Sanders
on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com

Hiram A Gutierrez
on behalf of Creditor City of Penitas edinburgbankruptcy@pbfcm.com  hidalgolegal@ecf.courtdrive.com

Nikie Marie Lopez-Pagan
on behalf of Debtor Rosa M. Barrera Nikie.Lopez-Pagan@bakerassociates.net courtdocs@bakerassociates.net;i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;bakerassociates@jubileebk.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net

Reese W Baker
on behalf of Debtor Rosa M. Barrera courtdocs@bakerassociates.net i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net

US Trustee
USTPRegion07.SN.ECF@usdoj.gov

Yvonne V Valdez
ecfmail@ch13cctx.com

TOTAL: 6