United States Bankruptcy Court
Southern District of Texas

**ENTERED**
April 19, 2024
Nathan Ochsner, Clerk

**Form No. 13-6**
Effective October 1, 2023

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| In re:   Barrera, Rosa M. | § § § | CASE NO.   24-70057-M-13  <br> Chapter 13 |
| **Debtor(s)** | | |

## ORDER FOR EFT PAYMENTS (ONLINE BANKING)
## AND DEBTOR(S)' CERTIFICATION

The Debtor(s) have enrolled in the Chapter 13 Trustee's electronic funds transfer program (the "EFT Program"). The Debtor(s) have submitted a certification of eligibility to enroll in the EFT (online banking) Program. The Debtor(s) understand that chapter 13 plan payments must be made by EFT (online banking) to the Chapter 13 Trustee.

The trustee's bank account information and instructions for initiating the transfer are available from the trustee. The Debtor(s) are responsible for initiating the payment each month and the Debtor(s)' bankruptcy case number must accompany each payment. If the Chapter 13 Trustee or a party in interest files a motion to dismiss this case for non-payment, the Debtor(s) must provide documents from the Debtor(s)' bank demonstrating that any disputed payment was sent.

The Debtor(s) are ordered to pay $ __426.00__ each month to the Chapter 13 Trustee by EFT (online banking). This amount must be increased or decreased by the Debtor(s) without further order to reflect the amounts due under any (i) amended proposed plan; (ii) proposed modification of a plan; or (iii) Notice of Plan Payment Adjustment, except to the extent stayed by Court order.

The Debtor(s) may not terminate the EFT (online banking) except as further ordered by the Court.

Signed: April 19, 2024

_/s/ Eduardo V. Rodriguez_
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

### DEBTOR'S CERTIFICATION OF ELIGIBILITY

The Debtor(s) certify that the Debtor(s) are self-employed or do not receive wage or salary income in an amount equal to or greater than the Debtor(s)' monthly plan payment.

Date: __04/18/2024__

__/s/ Rosa M. Barrera__
Rosa M. Barrera
Debtor

_____
Debtor (if joint)

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 24-70057-evr |
| Rosa M. Barrera | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-7 | User: ADIuser | Page 1 of 2 |
| Date Rcvd: Apr 19, 2024 | Form ID: pdf005 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Rosa M. Barrera, 2500 N McColl Rd #1, Mcallen, TX 78501-0029 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2024           Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Diane Wade Sanders | on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com |
| Hiram A Gutierrez | on behalf of Creditor City of Penitas edinburgbankruptcy@pbfcm.com hidalgolegal@ecf.courtdrive.com |
| Nikie Lopez-Pagan | on behalf of Plaintiff Rosa M. Barrera Nikie.Lopez-Pagan@bakerassociates.net courtdocs@bakerassociates.net;i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;bakerassociates@jubileebk.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net |
| Nikie Lopez-Pagan | on behalf of Debtor Rosa M. Barrera Nikie.Lopez-Pagan@bakerassociates.net courtdocs@bakerassociates.net;i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;bakerassociates@jubileebk.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net |
| Reese W Baker | on behalf of Plaintiff Rosa M. Barrera courtdocs@bakerassociates.net |

| District/off: 0541-7 | User: ADIuser | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 19, 2024 | Form ID: pdf005 | Total Noticed: 1 |

| | |
|---|---|
| | i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net |
| Reese W Baker | |
| | on behalf of Debtor Rosa M. Barrera courtdocs@bakerassociates.net i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net |
| US Trustee | |
| | USTPRegion07.SN.ECF@usdoj.gov |
| Yvonne V Valdez | |
| | ecfmail@ch13cctx.com |

TOTAL: 8