UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States Bankruptcy Court
Southern District of Texas

**ENTERED**
April 19, 2024
Nathan Ochsner, Clerk

IN RE: Rosa M. Barrera
　　　　Debtor(s).　　　　　§　　CASE NO: 24-70057-M-13
　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　§　　**CHAPTER 13**

## WAGE DEDUCTION ORDER

| Employer | Chapter 13 Trustee (Payments must be sent to this address) |
|---|---|
| COMPASS GROUP<br>1201 W UNIVERSITY DRIVE<br>EDINBURG, TX 78539 | Yvonne V. Valdez<br>P.O. Box Box 703<br>Memphis, TN 38101<br>24-70057-M-13 |

The Court Orders:

1. Employer must deduct the following amounts from wages payable to _____Rosa M. Barrera_____ and send the deducted funds to the Chapter 13 Trustee:

| Monthly | Semi-monthly | Bi-Weekly | Weekly |
|---|---|---|---|
| $1,699.00 | $849.50 | $784.15 | $392.08 |

2. The first deduction must occur no later than the first payday following 7 days after the Employer receives this order. Deducted amounts must be submitted to the Chapter 13 Trustee within 7 days of the date of the deduction. **The Employer must not charge or require a fee or other cost for compliance with this Order.**

3. The Chapter 13 Trustee must submit a copy of this Wage Deduction Order to the Employer within 7 days of entry.

4. The Chapter 13 Trustee may amend the amount of the payments that are due under this Wage Deduction Order by sending a Notice of Wage Order Adjustment to Employer. The Employer must comply with any Notice of Wage Order Adjustment received by the Employer from the Chapter 13 Trustee.

5. **This Order is NOT subject to any limitation under state or federal law regarding wage garnishments.**

6. This Order remains effective until terminated by Order of this Court.

　　Signed: April 19, 2024

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Eduardo V. Rodriguez
　　　　　　　　　　　　　　　　Chief United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:  Case No. 24-70057-evr
Rosa M. Barrera  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-7     User: ADIuser     Page 1 of 2
Date Rcvd: Apr 19, 2024     Form ID: pdf005     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rosa M. Barrera, 2500 N McColl Rd #1, Mcallen, TX 78501-0029 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 21, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2024 at the address(es) listed below:

**Name**      **Email Address**

Diane Wade Sanders
    on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com

Hiram A Gutierrez
    on behalf of Creditor City of Penitas edinburgbankruptcy@pbfcm.com hidalgolegal@ecf.courtdrive.com

Nikie Lopez-Pagan
    on behalf of Plaintiff Rosa M. Barrera Nikie.Lopez-Pagan@bakerassociates.net
    courtdocs@bakerassociates.net;i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;bakerassociates@jubileebk.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net

Nikie Lopez-Pagan
    on behalf of Debtor Rosa M. Barrera Nikie.Lopez-Pagan@bakerassociates.net
    courtdocs@bakerassociates.net;i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;bakerassociates@jubileebk.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net

Reese W Baker
    on behalf of Plaintiff Rosa M. Barrera courtdocs@bakerassociates.net

| | | |
|---|---|---|
| District/off: 0541-7 | User: ADIuser | Page 2 of 2 |
| Date Rcvd: Apr 19, 2024 | Form ID: pdf005 | Total Noticed: 1 |

Reese W Baker
    i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net

    on behalf of Debtor Rosa M. Barrera courtdocs@bakerassociates.net
    i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net

US Trustee
    USTPRegion07.SN.ECF@usdoj.gov

Yvonne V Valdez
    ecfmail@ch13cctx.com

TOTAL: 8