IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
IN THE MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-70057 |
| ROSA M. BARRERA | § | |
| DEBTOR | § | CHAPTER 13 CASE |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TEXAS REGIONAL BANK, AS CUSTODIAN FOR JON GILLESPIE IRA** a party in interest herein, request, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that copies of all notices, documents, and pleadings filed and/or served in the above referenced bankruptcy case be sent to its attorneys of record, THE LAW OFFICE OF KURT STEPHEN, PLLC, as addressed below:

Mr. Kurt Stephen
The Law Office of Kurt Stephen, PLLC
100 South Bicentennial
McAllen, Texas  78501-7050

Respectfully submitted this 24th day of April, 2024.

*The Law Office of Kurt Stephen, PLLC*

By:   */S/KURT STEPHEN*
KURT STEPHEN
**Counsel for Texas Regional Bank,
as Custodian for Jon Gillespie IRA**
State Bar No. 19147500
100 South Bicentennial
McAllen, Texas  78501-7050
(956) 631-3381 - Telephone
(956) 402-3001 - Facsimile

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2024 a true and correct copy of the foregoing was mailed by First Class, United States Mail, postage pre-paid, to all parties as shown on the attached Service List.  (Although the Service List is filed with the Court it is omitted from the mailout.  You may obtain a copy of the Service List by request from my office).

*/S/KURT STEPHEN*
Kurt Stephen