## WITNESS AND EXHIBIT LIST

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | |
|---|---|
| Main Case No: 24-70057 | Name of Debtor: Rosa M Barrera |
| Adversary No: N/A | Style of Adversary: N/A |
| | |
| Witnesses: Rosa M. Barrera | |
|    Any witness called by any other party. | |
|    Any rebuttal witnesses. | Judge: Eduardo V. Rodriguez |
| | Courtroom Deputy: Ana Castro |
| | Hearing Date: June 14, 2024 |
| | Hearing Time: 9:00 AM |
| | Party's Name: Texas Regional Bank, as Custodian for Jon Gillespie IRA |
| | Attorney's Name: Kurt Stephen |
| | Attorney's Phone: (956) 631-3381 |
| | Nature of Proceeding: **Doc. #49**- Motion for Relief from the Stay and Co-Debtor Stay Regarding Property at 1709 Azalea, Mission, TX filed by Texas Regional Bank, as Custodian for Jon Gillespie IRA |

### EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| A | Chapter 13 Trustee's Case Profile & Plan Payment Status | | | | |
| B | Proof of Claim: Claim No. 11 filed by Texas Regional Bank, as Custodian for Jon Gillespie IRA (See "Escrow balance" on Claim 11 Part 2 Page 1 of 3 & "2023 Escrow Trust Balance of $97.05" on Claim 11 Part 2 Page 3 of 3) | | | | |
| TBD | Any exhibit identified, introduced, designated, or relied upon by any other party. | | | | |
| TBD | Any exhibits necessary for rebuttal or impeachment purposes. | | | | |