# EXHIBIT "A"

| PRINT INQUIRY | | Close Window | | Click Here to Print this Page | |
|---|---|---|---|---|---|
| **24-70057-M-13** | **ROSA M BARRERA** (xxx-xx-0253) | | $1,699.00 MO/$576.00 MO | Bar Date(s): | 5/13/2024 (has passed) 8/31/2024 |
| | | | | Confirmed: | Not Confirmed |
| | Trustee: Yvonne V. Valdez | Attorney: REESE BAKER | | Case Status: | OPEN CASE |

## Case Profile

| | |
|---|---|
| Balance on Hand | $0.00 |
| Last Receipt Date | |
| Last Receipt Amount | |
| Last Disburse Date | |
| 341 Meeting Date | Tuesday, April 23, 2024 1:15 PM |
| Date Petition Filed | Monday, March 4, 2024 |
| Total Paid Into the Plan | $0.00 |
| Total Disbursed | $0.00 |
| Attorney Payee / Level | REESE BAKER (713) 979-2279 / 27 |
| Judge | EDUARDO V RODRIGUEZ |
| Plan Base | $136,200.00 |
| Base Balance | $136,200.00 |
| | |
| | |
| Bar Check Status | No |
| | |

# EXHIBIT "A"

### CASE DETAIL

| | |
|---|---|
| Debtor Type | Individual |
| Trustee's Percentage | 10.00% |
| Total Paid to Trustee | $0.00 |
| Unsecured Interest | 0.00% |

### DATES AND TIMES

| | |
|---|---|
| Plan Filed Date | Thursday, April 18, 2024 |
| Petition Filed Date | Monday, March 4, 2024 |
| First Meeting Date | Tuesday, April 23, 2024 1:15 PM |
| First Payment Due Date | Wednesday, April 3, 2024 |
| Confirmation Hearing Date | Thursday, June 13, 2024 9:30 AM |
| Date Case Confirmed | |
| Show Cause Date | Thursday, June 13, 2024 9:30 AM |
| | |
| Closed Date | |

### DEBTOR PAY SCHEDULE

| |
|---|
| COMPASS GROUP paying **$1,699.00** MONTHLY for ROSA M BARRERA |
| ROSA M BARRERA paying **$576.00** MONTHLY |

### CODES AND FLAGS

| | |
|---|---|
| Region | 4 - McAllen |
| District | 1 - Southern District of Texas |
| Division | 3 - McAllen Division |
| Reflect Pay Scheds Unless Limit Reached | 1 |
| Case Confirmed By Court | 0 |
| POSTING DBA | ROSSY FLORERIA |
| zdnuAttorney Last Name | BAKER |
| Docket Number | 2 |
| Telephonic 341 | Y |
| Case Reviewed for Unsecured Paid | 0 |
| Special Message 2 | P |
| Special Message 1 | D |
| Court Doc No of Plan Confirmed | 23 |
| Emergency Savings Fund | Y |
| Means Test - MUST be 60 months | N |
| MUST Remain 100% | N |
| CONF % to Unsec at Confirmation per Trustee | 7.05 |
| DISM Amend MTD | AMEND |
| DISM document no | 41 |
| OBJ 1 type who | Conf Texas Regional Bank |
| OBJ 1 docno who | 40|Texas Regional Bank |
| MTG Case has Ongoing Mortgage | Y |

### DEBTOR1 - ROSA M BARRERA

| | |
|---|---|
| Address 1 | |
| Address 2 | |
| City, State | |
| Zip Code | |

| | |
|---|---|
| Phone | 956-624-6318 |
| SSN | xxx-xx-0253 |
| AKA | ROSA MARIA BARRERA<br>ROSA M BARRERA |
| DBA | ROSSY FLORERIA |

### DEBTOR2 -

| | |
|---|---|
| Address 1 | |
| Address 2 | |
| City, State | |
| Zip Code | |
| Phone | |
| SSN | |
| AKA | |
| DBA | |

Print Page 

| Which Debtor: | ROSA M BARRERA | | | | | Schedule Number: **1** |
|---|---|---|---|---|---|---|
| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action / Note |
| 4/3/2024 | 2.00 | Total Plan Payment Due **$426.00**<br>Creditor Portion $401.00<br>Debtor Portion $25.00 | MONTHLY | ROSA M BARRERA | 4/19/2024 | None<br>Savings Withholding: $25.00 |
| 6/3/2024 | end of plan | Total Plan Payment Due **$576.00**<br>Creditor Portion $551.00<br>Debtor Portion $25.00 | MONTHLY | ROSA M BARRERA | 5/16/2024 | None<br>Savings Withholding: $25.00 |

| Which Debtor: | ROSA M BARRERA | | | | | Schedule Number: **2** |
|---|---|---|---|---|---|---|
| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action / Note |
| 4/3/2024 | end of plan | $1,699.00 | MONTHLY | COMPASS GROUP | 4/19/2024 | None |

**Forgive Information**

| Date | Creditor Forgive Amount | ESF/RESV Forgive Amount | Description | Apply Amount After This Date To Next Period |
|---|---|---|---|---|
| No Forgive Amounts Entered | | | | |

**Base Amount Information**

| Base Amount: | $136,200.00 |
|---|---|
| Proposed Length of Plan: | 60 |

**Debtor Savings Information**

| Savings Amount Funded: | $0.00 |
|---|---|
| Savings Balance: | $0.00 |
| Total Savings Authorized: | $1,500.00 |

**Delinquency Detail Information**

| Date Of Last Receipt: | (No Receipts Received) |
|---|---|
| Amount of Last Receipt: | $0.00 |
| % of Total Received: | 0.00 |
| Date Delinquency Last Updated: | 6/7/2024 (3 days ago) |
| Number Of Mo Pymts Delinquent: | 3 |
| Number Of Periods Delinquent: | 2 |
| Delinquency Flag 1: | |
| Delinquency Flag 2: | |
| Total Amount Delinquent: | $6,525.00 |

Click to View Debtor schedules.

**Breakdown for Combined Schedules**

| Period | Date (Month/Year) | Total Plan Payment Due in Period | Creditor Portion | Debtor Savings Portion | Payment Received | Creditor Allocation | Debtor Savings Allocation | Creditor Due | Debtor Savings Due | Forgive Amount | Delinquency Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4/2024 | $2,125.00 | $2,100.00 | $25.00 | | | | $2,100.00 | $25.00 | | $2,125.00 |
| 2 | 5/2024 | $2,125.00 | $2,100.00 | $25.00 | | | | $2,100.00 | $25.00 | | $4,250.00 |
| 3 | 6/2024 | $2,275.00 | $2,250.00 | $25.00 | | | | $2,250.00 | $25.00 | | $6,525.00 |
| Totals | | $6,525.00 | $6,450.00 | $75.00 | $0.00 | $0.00 | $0.00 | $6,450.00 | $75.00 | $0.00 | $6,525.00 |

**Total Delinquent Amount: $6,525.00**