UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| Case No. 24-70057-M-13 | Debtor Rosa Barrera |
|---|---|
| | |
| Witnesses: | Court Room Staff |
|     Rosa Barrera-Fact Witness | Date: June 14, 2024 at 09:00 AM. |
|     Any rebuttal witnesses | Party's Name: Debtor Rosa Barrera |
|     Any witnesses called or designated by opposing counsel. | Attorney's Name:   Nikie Marie López-Pagán |
| | Attorney's Phone:  713-979-2254 |
| | Nature of Proceeding:  Motion for Relief from Stay filed by Creditor Texas Regional Bank, as Custodian for Jon Gillespie IRA  (Document #49) |

**EXHIBIT LIST**

| NO | Description | Offered | Objection | Admitted | Disposition After Trial |
|---|---|---|---|---|---|
| 1. | Allstate homeowner's insurance | | | | |
| | Any documents filed on the docket of the case. | | | | |
| | Any Exhibits designated by any other parties in interest. | | | | |
| | Impeachment and rebuttal exhibits | | | | |

NOTE: This Exhibit List is to prepare in advance of the date of trial by counsel to parties and furnished to the Court in duplicate and served on opposing counsel.

Respectfully submitted,

*/s/Nikie Marie López-Pagán*
Reese W. Baker
Texas Bar No. 01587700
**Nikie Marie Lopez-Pagan**

TX Bar No. 24090233
Baker & Associates
950 Echo Lane, Suite 300
Houston, Texas 77024
713-869-9200
713-869-9100 (fax)
PROPOSED ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned certifies that on or about June 12, 2024, a copy of the Witness and Exhibit List, was delivered to the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

I further certify that on or about June 12, 2024, I caused a copy of the following described documents to be served to the parties listed below in the manner listed below. Documents served were (1) Exhibit/Witness List and (2) Exhibit 1.

| | |
|---|---|
| John Kurt Stephen<br>on behalf of Creditor Texas Regional Bank<br>as Custodian for Jon Gillespie IRA<br>kurt@kstephenlaw.com, yecfmail5@gmail.com;<br>veronica@kstephenlaw.com; Vicky@kstephenlaw.com | CM/ECF Electronic Delivery<br>and email |
| Yvonne Valdez<br>Chapter 13 Trustee | CM/ECF Electronic Delivery |

*/s/Nikie Marie López-Pagán*
Nikie Marie López-Pagán