United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 25, 2024
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE:  CASE NO: 24-70057-M-13
ROSA BARRERA  CHAPTER 13
DEBTOR

## ORDER OF DISMISSAL

1. On the Chapter 13 Trustee's motion, this case is dismissed. The Court's reasons for dismissal were stated on the record in open court.

2. The deadline for filing an application for an administrative expense in this case is set at 21 days following entry of this order. The deadline for filing a motion for allowance of a claim arising under §507 (b) in this case is also set at 21 days following entry of this order.

3. If an application for allowance of professional fees and expenses has previously been filed in this case, the applicant is not required to file a new application for allowance of an administrative expense under § 503, if the new application only seeks allowance of the same professional fees and expenses previously requested .

4. Any prior order directing an employer or other person to pay funds to the Chapter 13 Trustee is terminated. Any prior order authorizing an ACH or other means of electronic payment is terminated .

5. The Court finds good cause to direct the payment of funds held by the Chapter 13 Trustee at the time of entry of this Order as follows:

    (a)   First, the balance on hand in the Emergency Savings Fund will be paid to the Debtor;

    (b)   Second, to any unpaid Chapter 13 Trustee's statutory compensation;

    (c)   Third, the balance on hand in the Reserves for ad valorem taxes, to the holder of the claim secured by the senior security interest against the propery for which the Reserves were established;

    (d)   Fourth, the balance in any other Reserve account to the debtor;

    (e)   Fifth, to any unpaid payments mandated to be made by the Chapter 13 Trustee under a prior Court order , including but not limited to any mandated adequate protection payments;

    (f)   Sixth, to pay any unpaid fees to Debtor's attorneys and to reserve for any filed applications for which no order has yet been entered; and

    (g)   Seventh, to the Debtor.

Any party-in-interest objecting to the "for cause" disbritutions under this paragraph must file an objection within 14 days of entry of this Order.  The Chapter 13 Trustee will defer making distributions under this paragraph until the next ordinary disbursement date following the later of (i) 22 days following entry of this Order; or (ii) entry of an order resolving any timely filed objection.

Signed: June 25, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

#129

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 24-70057-evr |
| Rosa M. Barrera | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-7 | User: ADIuser | Page 1 of 4 |
| Date Rcvd: Jun 25, 2024 | Form ID: pdf001 | Total Noticed: 61 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rosa M. Barrera, 1708 Angelina Drive, Apartment # 1, San Juan, TX 78589-2074 |
| cr | + | Texas Regional Bank, as Custodian for Jon Gillespi, 1801 S McColl Rd, McAllen, TX 78503-1520 |
| 12649386 | + | 2500 N McColl Apartments, Attention: Manager, 2500 N McColl Rd, Mcallen, TX 78501-0027 |
| 12649387 | ++ | ALDOUS & ASSOCIATES, PO BOX 171374, HOLLADAY UT 84117-1374 address filed with court:, Aldous and Associates, PLLC, Attn: Bankruptcy, PO Box 171374, Holladay, UT 84117 |
| 12649388 | + | Arabel Leal, 105 Palmview Dr. C, Mission, TX 78572-8784 |
| 12649389 | | Automart, 1521 I-2 W, Mission, TX 78572 |
| 12649391 | + | Brenda Flores, 3211 Ozuna st, Penitas, TX 78576-8458 |
| 12695982 | + | CS Automart LTD - Automart II, Automart II, 1309 E. Expressway 83, McAllen, TX 78501-1116 |
| 12649392 | + | Cielo Islas, 235 Western View Dr., Mission, TX 78572-7951 |
| 12677052 | | Csautomart, 1521 I-2 W, Mission, TX 78572 |
| 12649394 | + | Dagne & Melissa Cantu, 2790 Pharmacy Road, Rio Grande City, TX 78582-6546 |
| 12649395 | + | Dana Castelvecchi, 2901 Dallas Parkway 250, Plano, TX 75093-5980 |
| 12649402 | + | Israel & Amy Martinez, 739 Huisach St., La Joya, TX 78560-4104 |
| 12649403 | + | Israel & Amy Martinez, 6924 Japonica St, Houston, TX 77087-1636 |
| 12677067 | + | JM Loan Management Services, LLC, 2614 W. Freddy Gonzalez Dr., Edinburg, TX 78539-7351 |
| 12692308 | + | Joana N Zarate, 120 La Nina St, Sullivan City, TX 78595-2118 |
| 12649405 | + | Joana Zarate, 3214 Coconino Dr., San Antonio, TX 78211-4523 |
| 12649406 | + | Joel Leal, 105 Palmview Dr. C, Mission, TX 78572-8784 |
| 12677070 | + | Karina Benavides, 1708 Angelina Dr., San Juan, TX 78589-2074 |
| 12649407 | + | Karina Gonzalez, 2009 West Mile 3 Rd. 500, Mission, TX 78573-4296 |
| 12649408 | + | La Joya ISD, 201 E. Expressway 83, La Joya, TX 78560-4001 |
| 12649409 | | Laurencio Barrera, 1709 Azalea St, Mission, TX 78573-9299 |
| 12677074 | | Law Office of Kurt Stephen, PLLC, 00 South Bicentennial, Mcallen, TX 78501 |
| 12649410 | + | Lewis Pena Falcon & Cook, c/o Sandra G. Falcon, Attorney, 3111 W. Freddy Gonzalez Drive, Edinburg, TX 78539-8897 |
| 12691443 | + | Maria Elma Garcia, 816 Pike St., Penitas, TX 78576-4100 |
| 12649412 | + | Mirna Flores, 205 Minerva Rd., Palmview, TX 78572-7397 |
| 12677077 | | Mirna Flores Pedraza, 5001 E. Jasmine, Mcallen, TX 78501 |
| 12677078 | + | Nalleli Barrera, 915 Tierra Linda Circle West, Mission, TX 78572-5584 |
| 12649413 | + | Nayra Solis, PO Box 714, Sullivan City, TX 78595-0714 |
| 12677080 | + | Rio Grande Poultry, 4100 W Ursula Ave, Mcallen, TX 78503-9007 |
| 12649418 | + | Texas Regional Bank, as custodian for Jon Gillespi, 2614 W Freddy Gonzalez Drive,, Edinburg, TX 78539-7351 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: edinburgbankruptcy@pbfcm.com | Jun 25 2024 20:07:00 | City of Penitas, c/o Hiram Gutierrez, 2805 Fountain Plaza Blvd., Suite B, Edinburg, Tx 78539-8031 |
| cr | + | Email/Text: bncmail@w-legal.com | Jun 25 2024 20:07:00 | Scolopax, LLC, c/o Weinstein & Riley, PS, 1415 Western Avenue, Ste 700, SEATTLE, WA 98101-2051 |

Case 24-70057   Document 67   Filed in TXSB on 06/27/24   Page 3 of 5

| District/off: 0541-7 | User: ADIuser | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 25, 2024 | Form ID: pdf001 | Total Noticed: 61 |

| | | | | |
|---|---|---|---|---|
| 12649387 | | Email/Text: cs@aldouslegal.com | | |
| | | | Jun 25 2024 20:07:00 | Aldous and Associates, PLLC, Attn: Bankruptcy, PO Box 171374, Holladay, UT 84117 |
| 12649390 | | Email/Text: courtdocs@bakerassociates.net | | |
| | | | Jun 25 2024 20:07:00 | Baker & Associates, 950 Echo Lane 300, Houston, TX 77024 |
| 12654228 | + | Email/Text: edinburgbankruptcy@pbfcm.com | | |
| | | | Jun 25 2024 20:07:00 | City of Penitas, c/o Hiram Gutierrez, Perdue, Brandon, Fielder, Collins & Mott, 2805 Fountain Plaza Blvd., Ste. B, Edinburg Tx. 78539-8031 |
| 12649393 | + | Email/Text: bankruptcy@curo.com | | |
| | | | Jun 25 2024 20:08:00 | Cvgtn Tx0026, Po Box 1947, Greenville, SC 29602-1947 |
| 12649396 | ^ | MEBN | | |
| | | | Jun 25 2024 20:02:33 | DSRM Nat Bank/Valero, Attn: Bankruptcy, PO Box 696000, San Antonio, TX 78269-6000 |
| 12654976 | + | Email/Text: Loan.Recovery@frostbank.com | | |
| | | | Jun 25 2024 20:06:00 | FROST BANK, ATTN: BANKRUPTCY DEPT. T-7, PO BOX 1600, SAN ANTONIO TX 78296-1600 |
| 12677057 | | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Jun 25 2024 20:05:40 | First Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 12649397 | + | Email/Text: famc-bk@1stassociates.com | | |
| | | | Jun 25 2024 20:07:00 | Firstacces, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 12649398 | | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Jun 25 2024 20:17:25 | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 12652929 | + | Email/Text: Austin.Bankruptcy@lgbs.com | | |
| | | | Jun 25 2024 20:07:00 | Hidalgo County, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 |
| 12649399 | | Email/Text: Austin.Bankruptcy@lgbs.com | | |
| | | | Jun 25 2024 20:07:00 | Hidalgo County Tax Office, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, PO Box 17428, Austin, TX 78760-7428 |
| 12653445 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Jun 25 2024 20:07:00 | INTERNAL REVENUE SERVICE, P O Box 7346, Philadelphia PA 19101-7346 |
| 12691356 | ^ | MEBN | | |
| | | | Jun 25 2024 20:02:48 | Independent Bankersbank, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 12670498 | + | Email/Text: gbechakas@outlook.com | | |
| | | | Jun 25 2024 20:06:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 12677061 | + | Email/Text: gbechakas@outlook.com | | |
| | | | Jun 25 2024 20:06:00 | Intercoastal Financial, LLC, 7954 Transit Road , #144, Buffalo, NY 14221-4117 |
| 12676452 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Jun 25 2024 20:07:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 12649404 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Jun 25 2024 20:07:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 12654060 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jun 25 2024 20:05:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 12649411 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jun 25 2024 20:05:33 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 12649414 | | Email/Text: compliance@sarma.com | | |
| | | | Jun 25 2024 20:06:00 | Sarma Coll, Attn: Bankruptcy, 555 E Ramsey Rd, San Antonio, TX 78216 |
| 12649416 | | Email/Text: bankruptcy@springoakscapital.com | | |
| | | | Jun 25 2024 20:06:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327-1216 |
| 12649417 | + | Email/Text: bankruptcy@sw-credit.com | | |
| | | | Jun 25 2024 20:07:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 12711209 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Jun 25 2024 20:07:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |

Case 24-70057   Document 67   Filed in TXSB on 06/27/24   Page 4 of 5

| District/off: 0541-7 | User: ADIuser | Page 3 of 4 |
| --- | --- | --- |
| Date Rcvd: Jun 25, 2024 | Form ID: pdf001 | Total Noticed: 61 |

| Recip ID | Bypass Reason | Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 12649415 | + | Email/Text: dl-csgbankruptcy@charter.com | Jun 25 2024 20:08:00 | Spectrum, PO Box 60074, City of Industry, CA 91716-0074 |
| 12682240 |   | Email/Text: bankruptcy@springoakscapital.com | Jun 25 2024 20:06:00 | Spring Oaks Capital SPV, LLC, P O Box 1216, Chesapeake, VA. 23327-1216 |
| 12649419 | + | Email/Text: bankruptcyfilings@tib.bank | Jun 25 2024 20:07:00 | Tib Okla, Po Box 569100, Dallas, TX 75356-9100 |
| 12649420 |   | Email/Text: bankruptcies@uplift.com | Jun 25 2024 20:06:00 | Uplift, Inc., 801 El Camino Real, Menlo Park, CA 94025 |
| 12649421 |   | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 25 2024 20:05:38 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 12649422 | + | Email/Text: bk@worldacceptance.com | Jun 25 2024 20:07:25 | World Finance Corp, 114 Farquhar Suite 104, Navasota, TX 77868-3687 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr |   | Hidalgo County |
| 12677045 | *+ | 2500 N McColl Apartments, Attention: Manager, 2500 N McColl Rd, Mcallen, TX 78501-0027 |
| 12677046 | *P++ | ALDOUS & ASSOCIATES, PO BOX 171374, HOLLADAY UT 84117-1374, address filed with court:, Aldous and Associates, PLLC, Attn: Bankruptcy, PO Box 171374, Holladay, UT 84117 |
| 12677047 | *+ | Arabel Leal, 105 Palmview Dr. C, Mission, TX 78572-8784 |
| 12677048 | *P++ | BAKER & ASSOCIATES, ATTN REESE BAKER, 950 ECHO LANE SUITE 300, HOUSTON TX 77024-2824, address filed with court:, Baker & Associates, 950 Echo Lane 300, Houston, TX 77024 |
| 12677049 | *+ | Brenda Flores, 3211 Ozuna st, Penitas, TX 78576-8458 |
| 12677050 | *+ | Cielo Islas, 235 Western View Dr., Mission, TX 78572-7951 |
| 12677051 | *+ | City of Penitas, c/o Hiram Gutierrez, Perdue, Brandon, Fielder, Collins & Mott, 2805 Fountain Plaza Blvd., Ste. B, Edinburg, TX 78539-8031 |
| 12677053 | *+ | Cvgtn Tx0026, Po Box 1947, Greenville, SC 29602-1947 |
| 12677056 | *+ | DSRM Nat Bank/Valero, Attn: Bankruptcy, PO Box 696000, San Antonio, TX 78269-6000 |
| 12677054 | *+ | Dagne & Melissa Cantu, 2790 Pharmacy Road, Rio Grande City, TX 78582-6546 |
| 12677055 | *+ | Dana Castelvecchi, 2901 Dallas Parkway 250, Plano, TX 75093-5980 |
| 12677058 | *+ | Firstacces, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 12677059 | *+ | Frost Bank, Attn: Bankruptcy Dept. T-7, PO Box 1600, San Antonio, TX 78296-1600 |
| 12677060 | * | Hidalgo County Tax Office, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, PO Box 17428, Austin, TX 78760-7428 |
| 12649401 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 300 E 8th Stop 5026 AUS, Austin, TX 78701 |
| 12677063 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 300 E 8th Stop 5026 AUS, Austin, TX 78701 |
| 12649400 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O.Box 21126, Philadelphia, PA 19114-1294 |
| 12677062 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O.Box 21126, Philadelphia, PA 19114-1294 |
| 12677064 | *+ | Israel & Amy Martinez, 739 Huisach St., La Joya, TX 78560-4104 |
| 12677065 | *+ | Israel & Amy Martinez, 6924 Japonica St, Houston, TX 77087-1636 |
| 12677066 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 12677068 | *+ | Joana Zarate, 3214 Coconino Dr., San Antonio, TX 78211-4523 |
| 12677069 | *+ | Joel Leal, 105 Palmview Dr. C, Mission, TX 78572-8784 |
| 12677071 | *+ | Karina Gonzalez, 2009 West Mile 3 Rd. 500, Mission, TX 78573-4296 |
| 12677072 | *+ | La Joya ISD, 201 E. Expressway 83, La Joya, TX 78560-4001 |
| 12677073 | * | Laurencio Barrera, 1709 Azalea St, Mission, TX 78573-9299 |
| 12677075 | *+ | Lewis Pena Falcon & Cook, c/o Sandra G. Falcon, Attorney, 3111 W. Freddy Gonzalez Drive, Edinburg, TX 78539-8897 |
| 12677076 | *+ | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 12677079 | *+ | Nayra Solis, PO Box 714, Sullivan City, TX 78595-0714 |
| 12677081 | *P++ | SARMA COLLECTIONS INC, ATTN ANGELA RODRIGUEZ, 555 E RAMSEY, SAN ANTONIO TX 78216-4640, address filed with court:, Sarma Coll, Attn: Bankruptcy, 555 E Ramsey Rd, San Antonio, TX 78216 |
| 12677083 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327-1216 |

| District/off: 0541-7 | User: ADIuser | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 25, 2024 | Form ID: pdf001 | Total Noticed: 61 |

| | | |
|---|---|---|
| 12677084 | *+ | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 12677082 | *+ | Spectrum, PO Box 60074, City of Industry, CA 91716-0074 |
| 12677085 | *+ | Texas Regional Bank, as custodian for Jon Gillespi, 2614 W Freddy Gonzalez Drive,, Edinburg, TX 78539-7351 |
| 12677086 | *+ | Tib Okla, Po Box 569100, Dallas, TX 75356-9100 |
| 12677087 | *P++ | UPLIFT INC, 5301 KIETZKE LN STE 200, RENO NV 89511-2083, address filed with court:, Uplift, Inc., 801 El Camino Real, Menlo Park, CA 94025 |
| 12677088 | * | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 12677089 | *+ | World Finance Corp, 114 Farquhar Suite 104, Navasota, TX 77868-3687 |

TOTAL: 1 Undeliverable, 38 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2024 at the address(es) listed below:

**Name**  **Email Address**

Diane Wade Sanders
    on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com

Hiram A Gutierrez
    on behalf of Creditor City of Penitas edinburgbankruptcy@pbfcm.com  hidalgolegal@ecf.courtdrive.com

John Kurt Stephen
    on behalf of Creditor Texas Regional Bank  as Custodian for Jon Gillespie IRA kurt@kstephenlaw.com, myecfmail5@gmail.com;veronica@kstephenlaw.com;Vicky@kstephenlaw.com

Nikie Lopez-Pagan
    on behalf of Plaintiff Rosa M. Barrera Nikie.Lopez-Pagan@bakerassociates.net courtdocs@bakerassociates.net;i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;bakerassociates@jubileebk.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net

Nikie Lopez-Pagan
    on behalf of Debtor Rosa M. Barrera Nikie.Lopez-Pagan@bakerassociates.net courtdocs@bakerassociates.net;i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;bakerassociates@jubileebk.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net

Reese W Baker
    on behalf of Plaintiff Rosa M. Barrera courtdocs@bakerassociates.net i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net

Reese W Baker
    on behalf of Debtor Rosa M. Barrera courtdocs@bakerassociates.net i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net

US Trustee
    USTPRegion07.SN.ECF@usdoj.gov

Yvonne V Valdez
    ecfmail@ch13cctx.com

TOTAL: 9