**USPS Tracking**®

FAQs ›

Exhibit 1

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

## 9589071052700340910677

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 11:16 am on April 15, 2024 in PLANO, TX 75093.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
Delivered, Left with Individual
PLANO, TX 75093
April 15, 2024, 11:16 am

● **Arrived at USPS Regional Facility**
COPPELL TX DISTRIBUTION CENTER
April 13, 2024, 8:40 am

● **In Transit to Next Facility**
April 12, 2024

● **Arrived at USPS Regional Facility**
MCALLEN TX DISTRIBUTION CENTER
April 10, 2024, 10:08 pm

● Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback