# USPS Tracking®

Exhibit 2

FAQs ›

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

## 9589071052700340910684

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 12:30 pm on April 15, 2024 in WESLACO, TX 78599.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Left with Individual**
WESLACO, TX 78599
April 15, 2024, 12:30 pm

**Redelivery Scheduled for Next Business Day**
WESLACO, TX 78599
April 13, 2024, 9:45 am

**In Transit to Next Facility**
April 12, 2024

**Arrived at USPS Regional Facility**
MCALLEN TX DISTRIBUTION CENTER
April 11, 2024, 12:20 am

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
|---|---|
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback